[Civ. No. 10031.   Second Appellate District, Division Two.—January 17, 1935.]

STATE COMPENSATION INSURANCE FUND et al., Petitioners, v. INDUSTRIAL ACCIDENT COMMISSION, DARRAHL FRANKLIN STOCK, a Minor, et al., Respondents.

F. Britton McConnell for Petitioners.

Everett A. Corten and Emmet J. Seawell for Respondents.

SCOTT, J., *pro tem.*— Respondent Stock was given a relief work order by respondent county and while working thereunder was injured.  ·The essential facts are the same as in the case of *State Compensation Insurance Fund* v. *Industrial Acc. Com. et al.,* Civil No. 10030 (*ante,* p. 665 [40 Pac. (2d) 277]), this day decided, and the same rule should apply as to the award.

Award annulled.

Stephens, P. J., and Crail, J., concurred.